## THOMPSON *v.* STEAM MILL CO.

An amendment of a declaration in an action at law, alleging a cause of action arising after the date of the writ, is not allowed.

ASSUMPSIT, for logs sold and delivered. The plaintiff moved for leave to file a count in trover for the same logs, alleging the conversion on a day subsequent to the date of the writ.

*Ladd & Fletcher* and *Bingham & Aldrich*, for the plaintiff.

*Ray, Drew, Jordan & Carpenter*, for the defendants.

CLARK, J. The cause of action alleged in the proposed amendment was not in existence at the date of the writ. An amendment, when made, relates back; and a writ after amendment stands as if the matter of the amendment had been incorporated into it at the time it was instituted. *Whittier* v. *Varney*, 10 N. H. 291, 303. A declaration, stating facts essential to the maintenance of the action to have happened after the date of the writ, is insufficient, and an amendment alleging a cause of action arising after the commencement of the suit is not allowed.

*Amendment disallowed.*

SMITH, J., did not sit: the others concurred.